■ LAWSON BARNES, Respondent, v P & C FOOD MARKETS,

INC., et al., Appellants.—Order unanimously affirmed with costs. Memorandum: Defendants are not entitled to further disclosure concerning the expected testimony of plaintiff's architect expert unless they can make a showing of special circumstances (see, CPLR 3101 [d] [1] [ii]; Siegel, Supplementary Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, 1987 Pocket Part, CPLR C3101:29, at 10-11). Since defendants have failed to establish such special circumstances, Special Term properly granted plaintiff's motion for a protective order and vacated the notice to take the expert's deposition. (Appeal from order of Supreme Court, Onondaga County, Miller, J.—protective order.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.